1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California  94903
3  Telephone:  (415) 472-3892
   Facsimile:  (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorney for Plaintiff
   NACA LOGISTICS (USA), INC.

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 NACA LOGISTICS (USA), INC., a corporation,       No. C 06-7266 MJJ
   d/b/a DIRECT CONTAINER LINE,
12
                     Plaintiff,                     **STIPULATED REQUEST FOR**
13        v.                                        **ORDER GRANTING RELIEF FROM**
                                                    **CASE MANAGEMENT SCHEDULE**
14 GLOBAL RESOURCE UNLIMITED, LLC, a
   limited liability company, and FREIGHT
15 SYSTEMS, INC. a corporation,

16                   Defendants.

17

18        Pursuant to Civil Local Rules 6-1(b), 6-2(a), 7-11, and 16-2(d) and (e), plaintiff NACA

19 Logistics (USA), Inc. ("NACA") and defendants Global Resource Unlimited, LLC and Freight

20 Systems, Inc.  (collectively "Defendants") request an order granting relief from the Case

21 Management Schedule in the above-captioned matter.  The parties request a sixty (60) day

22 continuance to allow entry into and finalization of settlement discussions, currently well in

23 progress.

24        No previous time modifications to the Case Management Schedule have been requested

25 or granted.  The requested enlargement of time/ relief from the Case Management Schedule is

26 sought because NACA and Defendants are currently engaged in settlement discussions.  NACA

1   and Global Resource Unlimited, LLC have agreed on a compromise settlement figure and are

2   finalizing a settlement agreement. NACA and Freight Systems, Inc. are in settlement discussions

3   and anticipate amicably resolving the action between them within the next seven to ten days.

4        IT IS HEREBY STIPULATED by and among plaintiff NACA Logistics (USA), Inc. and

5   defendants Global Resource Unlimited, LLC and Freight Systems, Inc. that they request this

6   Court order that the Case Management Schedule shall be vacated and amended to reflect the

7   following dates:

| Date | Event | Governing Rule |
|------|-------|----------------|
| 4/03/2007 | Last day to file ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(b) & (c) ADR L.R. 3-5(b) & (c) |
| 4/17/2007 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCP 26(a)(1) Civil L.R. 16-9 |
| 4/24/2007 | Case Management Conference in Courtroom 11, 19th Floor, SF at 2:00 p.m. | Civil L.R. 16-10 |

DATED: February 15, 2007

                              LUCAS VALLEY LAW


                              By: s/ _____
                                    Mark K. de Langis
                                    Attorneys for Plaintiff
                              NACA LOGISTICS (USA), INC. d/b/a/
                                    DIRECT CONTAINER LINE


DATED: February 15, 2007          LAW OFFICES OF GEORGE W. NOWELL


                              By: s/ _____
                                    John H. Cigavic III
                                    Attorneys for Defendant
                              GLOBAL RESOURCE UNLIMITED, INC.

STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (C 06-7266 MJJ)

2

1   DATED:  February 15, 2007                     COUNTRYMAN & McDANIEL

2

3

4                                          By:  _s/_

5                                             Andrew D. Kehagiaras
                                              Attorneys for Defendant
6                                          FREIGHT SYSTEMS, INC.

7

8                      **PURSUANT TO STIPULATION, IT IS SO ORDERED**

9

10   Dated:    02/20/07

11                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (C 06-7266 MJJ)

1

PROOF OF SERVICE

2          I am a citizen of the United States, over 18 years of age, not a party to this action

3   and employed in the County of Marin, California, at 2110 Elderberry Lane, San Rafael,

4   California  94903.  I am readily familiar with the practice of this office for collection and

5   processing of correspondence for mailing with the United States Postal Service and

6   correspondence is deposited with the United States Postal Service that same day in the ordinary

7   course of business.

8          Today I served the attached:

9          **STIPULATED REQUEST FOR ORDER GRANTING**
           **RELIEF FROM CASE MANAGEMENT SCHEDULE**
10
           **DECLARATION OF MARK K. de LANGIS IN SUPPORT**
11         **OF STIPULATED REQUEST FOR ORDER GRANTING**
           **RELIEF FROM CASE MANAGEMENT SCHEDULE**
12

13   by causing a true and correct copies of the above to be placed in the United States Mail at San

14   Rafael, California in sealed envelope(s) with postage prepaid, addressed as follows:

15

16         John H. Cigavic III, Esq.               Andrew D. Kehagiaras
           Law Offices of George W. Nowell         Countryman & McDaniel
17         120 Montgomery St., #1990               5933 W. Century Blvd., #1111
           S.F., CA  94104                         L.A., CA  90045
18         (Attorney for Global Resource)          (Attorney for Freight Systems)

19

20          I declare under penalty of perjury under the laws of the United States that the

     foregoing is true and correct and that this declaration was executed on February 16, 2007.
21

22

23                                    _____

24                                              s/ Mark K. de Langis

25

26